```
In re:                                                      Case No. 15-03462-JJT
Cliff Dean Sprenkle                                         Chapter 13
        Debtor               CERTIFICATE OF NOTICE
```

```
District/off: 0314-4        User: AGarner        Page 1 of 2        Date Rcvd: Jan 29, 2018
                            Form ID: ordsmiss     Total Noticed: 40
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 31, 2018.
db            +Cliff Dean Sprenkle,    255 Market Street,    Box 187,    Pillow, PA 17080-0187
cr            +c/o Craig H. Fox Springleaf Funding Trust 2013-B,    Fox and Fox Attorneys at Law, P.C.,
               425 Swede Street,    One Montgomery Plaza,    Suite 706,    Norristown, PA 19401-4852
4732271        American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 51178,
               Los Angeles, CA 90051-5478
4685548        Harley Davidson Credit Corp,    Dept 15129,    Palatine, IL 60055-5129
4691396       +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, TX 75001-9013
4685541       +James P Sheppard Esquire,    2201 North Second Street,    Harrisburg, PA 17110-1007
4839417      ++LENDMARK FINANCIAL SERVICES LLC,    2118 USHER STREET,    COVINGTON GA 30014-2434
               (address filed with court: Lendmark Financial Services LLC.,    2118 Usher Street,
               Covington, GA 30014)
4685554        National Recovery,    2491 Paxton Street,    Harrisburg, PA 17111-1036
4685555       +PPL,    2 North 9th Street CPC-GENN1,    Allentown, PA 18101-1179
4685556       +Prestegious Softward,    C/O Monterey Financial Services,    4095 Avenida De La,
               Oceanside, CA 92056-5802
4685557       +Prestegious Software,    C/O Monterey Collections Services,    4095 Avenida De La,
               Oceanside, CA 92056-5802
4685540       +Sprenkle Cliff Dean,    254 Riverside Lane,    Herndon, PA 17830-7445
4734250       +Springleaf Funding Trust 2013-B, et al,    c/o Craig H. Fox, Esquire,
               Fox and Fox Attorneys at Law, P.C.,    425 Swede Street,    One Montgomery Plaza, Suite 706,
               Norristown, PA 19401-4852
4734356        Springleaf Funding Trust 2013-B, et al,    c/o Craig H. Fox, Esquire,
               Fox and Fox Attorneys at Law, P.C.,    One Montgomery Plaza, Suite 706,    425 Swede Street,
               Norristown, PA 19401
4720066        Springleaf Services of Pennsylvania Inc,    PO Box 3251,    Evansville IN 47731-3251
4685560       +TEK Collection,    871 Park Street,    Columbus, OH 43215-1441
4685562       +Trident Asset Management,    53 Perimeter Ctr Ste 440,    Atlanta, GA 30346-2287
4685563       +Vetran Resource (VRM),    4100 International Pkwy Se 1000,    Carrolton, TX 75007-1900
4685564       +Xerox Solutions,    PO Box 41818,    Philadelphia, PA 19101-1818

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +EDI: PRA.COM Jan 29 2018 19:18:00      PRA Receivables Management, LLC,    POB 41067,
               Norfolk, VA 23541-1067
4685439        EDI: AIS.COM Jan 29 2018 19:18:00      American InfoSource LP as agent for,
               T Mobile/T-Mobile USA Inc,    PO Box 248848,    Oklahoma City, OK 73124-8848
4733654       +EDI: ATLASACQU.COM Jan 29 2018 19:18:00      Atlas Acquisitions LLC,    294 Union St.,
               Hackensack, NJ 07601-4303
4685542       +EDI: BANKAMER.COM Jan 29 2018 19:18:00      Bank of America,    1800 Tapo Canyon Road,
               Simi Valley, CA 93063-6712
4685543       +E-mail/Text: nailda@centralcreditaudit.com Jan 29 2018 19:28:13      Central Credit Audit,
               100 N 3rd Street,    Sunbury, PA 17801-2367
4685544       +E-mail/Text: bankruptcy@consumerportfolio.com Jan 29 2018 19:27:46
               Consumer Portfolio Services,    PO Box 57071,    Irvine, CA 92619-7071
4685545       +EDI: DCI.COM Jan 29 2018 19:18:00      Diversified Consultants AT&T,    PO Box 551268,
               Jacksonville, FL 32255-1268
4685546       +EDI: DCI.COM Jan 29 2018 19:18:00      Diversified Consultants Sprint,    PO Box 551268,
               Jacksonville, FL 32255-1268
4685547       +EDI: AMINFOFP.COM Jan 29 2018 19:18:00      First Premier Bank,    3820 N Louise Avenue,
               Sioux Falls, SD 57107-0145
4685549        EDI: IRS.COM Jan 29 2018 19:18:00      Internal Revenue Service,    PO Box 219236,
               Kansas City, MO 64121-9236
4685550        EDI: JEFFERSONCAP.COM Jan 29 2018 19:18:00      Jefferson Capital Systems,    16 McLeland Road,
               St. Cloud, MN 56303
4685552       +EDI: TCISOLUTIONS.COM Jan 29 2018 19:18:00      Mid America Bank & Trust,    5109 S Broadband,
               Sioux Falls, SD 57108-2208
4685553       +E-mail/Text: apbankruptcy@us.ngrid.com Jan 29 2018 19:28:14      National Grid,
               300 Erie Blvd W,    Syracuse, NY 13202-4250
4763987        EDI: PRA.COM Jan 29 2018 19:18:00      Portfolio Recovery Associates, LLC,    PO Box 41067,
               Norfolk, VA 23541
4763988        EDI: PRA.COM Jan 29 2018 19:18:00      Portfolio Recovery Associates, LLC,    PO Box 41067,
               Norfolk, VA 23541,    Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
4725133       +EDI: JEFFERSONCAP.COM Jan 29 2018 19:18:00      Premier Bankcard, Llc,
               c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
4692856       +EDI: DRIV.COM Jan 29 2018 19:18:00      SANTANDER CONSUMER USA INC.,    P.O. BOX 560284,
               DALLAS, TX 75356-0284
4693927        EDI: AGFINANCE.COM Jan 29 2018 19:18:00      SPRINGLEAF FINANCIAL SERVICES,    PO BOX 3251,
               EVANSVILLE, IN 47731
4685558       +EDI: DRIV.COM Jan 29 2018 19:18:00      Santander Consumer USA,    PO Box 961245,
               Fort Worth, TX 76161-0244
4685559       +EDI: AGFINANCE.COM Jan 29 2018 19:18:00      Spring Leaf Financial,    PO Box 9,
               Shamokin Dam, PA 17876-0009
4685561        EDI: AIS.COM Jan 29 2018 19:18:00      TMobile,    C/O American InfoSource,    PO Box 248848,
               Oklahoma City, OK 73124-8848
                                                                                           TOTAL: 21
```

```
            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*        ++LENDMARK FINANCIAL SERVICES LLC,   2118 USHER STREET,   COVINGTON GA 30014-2434
             (address filed with court:  Lendmark Financial Services LLC.,   2118 Usher Street,
             Covington, GA  30014)
4839418*   ++LENDMARK FINANCIAL SERVICES LLC,   2118 USHER STREET,   COVINGTON GA 30014-2434
             (address filed with court:  Lendmark Financial Services LLC.,   2118 Usher Street,
             Covington, GA 30014,   Lendmark Financial Services LLC.,   2118 Usher Street,
             Covington, GA 30014)
4734252*    +Springleaf Funding Trust 2013-B, et al,   c/o Craig H. Fox, Esquire,
             Fox and Fox Attorneys at Law, P.C.,   425 Swede Street,   One Montgomery Plaza, Suite 706,
             Norristown, PA 19401-4852
4685551    ##+Mario J. Hanyon, Esq,   Phelan Hallinan Diamond & Jones LLP,   126 Locust Street,
             Harrisburg, PA 17101-1414
                                                             TOTALS: 0, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 29, 2018 at the address(es) listed below:
        Atlas Acquisitions LLC   bk@atlasacq.com
        Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
        Craig H. Fox   on behalf of Creditor c/o Craig H. Fox  Springleaf Funding Trust 2013-B
         Bankruptcy@Foxandfoxlaw.com,  cfox@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com
        James Warmbrodt   on behalf of Creditor   Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
        James P Sheppard   on behalf of Debtor 1 Cliff Dean Sprenkle jamespsheppard@comcast.net,
         dabsheppardlaw@comcast.net;G22576@notify.cincompass.com
        Jerome B Blank   on behalf of Creditor   Harley-Davidson Credit Corp pamb@fedphe.com
        Joseph P Schalk   on behalf of Creditor   Harley-Davidson Credit Corp jschalk@barley.com,
         sromig@barley.com
        Joseph P Schalk   on behalf of Creditor   Vendor Resource Management, Duly Authorized Agent For
         The Secretary Of Verterans Affairs jschalk@barley.com,  sromig@barley.com
        Mario John Hanyon   on behalf of Creditor   Harley-Davidson Credit Corp pamb@fedphe.com
        United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                             TOTAL: 10
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | | |
|---|---|---|
| Cliff Dean Sprenkle | Chapter | 13 |
| aka Cliff D. Sprenkle | | |
| **Debtor(s)** | Case No. | 4:15–bk–03462–JJT |

### Order

Upon consideration of the Motion to dismiss case and it having been determined after notice and opportunity for hearing, that the case should be dismissed, it is

**ORDERED** that the above–named case of the debtor(s) be and is hereby dismissed.

Dated: January 29, 2018

By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: AGarner, Deputy Clerk